IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-00407-D

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Quatavious Arnez Hunter**, <br><br> Defendant. | **Order** |

On April 8, 2022, the court granted an oral motion for a competency evaluation of the Defendant, Quatavious Hunter. D.E. 26.

By correspondence dated June 22, 2022, the director of the facility where Hunter is committed advised the court that his evaluation cannot commence until he clears medical screening. D.E. 27. The facility has also experienced significant delays in forensic evaluations because of an unusually high number of case assignments. *Id*. More time is required to complete Hunter's mental competency assessment. *Id*.

The court construes the letter as a request for additional time, which it grants. The court allows an additional 90 days for an examination of Hunter's competency and preparation of a report as detailed in the April 2022 Order.

As noted in the previous Order, any delay resulting from proceedings involving or related to the determination of the defendant's mental competency is excluded from the Speedy Trial Act computation. *See* 18 U.S.C. §§ 3161(h)(1)(A) & (h)(1)(F).

Dated: June 28, 2022.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE